IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

HENRY WASHINGTON and
URSUCA WASHINGTON                                                   PLAINTIFFS

V.                              NO. 4:08CV00015

DAPHNE RAMSER and
UNION PACIFIC RAILROAD COMPANY                                      DEFENDANTS

## ORDER

The Court has been notified that a settlement has been reached in this matter between Plaintiffs and Defendant, Union Pacific Railroad Company. Accordingly, the complaint and all claims in this action against Defendant Union Pacific Railroad are hereby dismissed with prejudice. Plaintiffs' claims remain as to Defendant, Daphne Ramser.

The Court retains complete jurisdiction for 30 days to vacate this order if it is satisfactorily shown that settlement has not been completed and further litigation is necessary. If the parties desire any settlement agreement be made a part of the record herein, they are directed to reduce it to writing and file with the Court within 30 days of the date of this order.

The pending motion for summary judgment, docket # 13 is denied as moot.

IT IS SO ORDERED this 29th day of September, 2008.

_____
James M. Moody
United States District Judge