*IN THE UNITED STATES DISTRICT COURT*
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

HENRY WASHINGTON and
URSUCA WASHINGTON                                                               PLAINTIFFS

vs.                           CASE NO. 4:08cv00015 JMM

DAPHNE RAMSER                                                                    DEFENDANT

### ORDER OF DISMISSAL

Having been notified that a settlement has been reached in this matter following a settlement conference before Magistrate Judge Beth Deere, the Court finds that this case should be dismissed. The jury trial scheduled April 6, 2009 is canceled.

The complaint and all claims in this action are hereby dismissed with prejudice as to all parties.   All pending motions are moot.

The Court retains complete jurisdiction for thirty (30) days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 12th day of January, 2009.

_____
UNITED STATES DISTRICT JUDGE